STANDARD LOAN OFFICE, INC. ET AL., APPELLANTS, *v.* SCOTTSDALE SURPLUS LINES COMPANY, APPELLEE; KHAN ET AL., APPELLANTS.

**[Cite as *Std. Loan Office, Inc. v. Scottsdale Surplus Lines Co.,* 99 Ohio St.3d 237, 2003-Ohio-3391.]**

(No. 2002–1229—Submitted June 3, 2003—Decided July 16, 2003.)

{¶ 1} The appeal is dismissed, sua sponte, as having been improvidently allowed.

MOYER, C.J., VUKOVICH, F.E. SWEENEY, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

PFEIFER, J., dissents.

JOSEPH J. VUKOVICH, J., of the Seventh Appellate District, sitting for RESNICK, J.

Wittenberg, Phillips, Levy & Nusbaum and Jeffrey D. Levy, for appellants Standard Loan Office, Inc. and Nicholas D. Koka.

Rawlin, Gravens & Franey Co., L.P.A., and Terrance P. Gravens, for appellee.

Spangenberg, Shibley & Liber, L.L.P., Peter J. Brodhead, Mary A. Cavanaugh and Jennifer W. Rennillo, for third-party defendants-appellants Abida Khan et al.